**Kurt M. Rylander**, OSB No. 94427
rylander@rylanderlaw.com
**RYLANDER & ASSOCIATES PC**
PO Box 250
Vancouver, WA  98666
Tel: 360.750.9931
Fax: 360.397.0473
Attorneys for Defendants
      Trailer City, Inc. and Don E. Walker

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **VINCENT L. WEBB,** a resident of the State of Nevada<br><br>                               Plaintiff(s),<br><br>**v.**<br><br>**TRAILER CITY, INC.**, and Oregon corporation, **DON E. WALKER**, a person, and **CHANGZHOU NANXIASHU TOOL CO., LTD.,** a foreign corporation<br>                               Defendant(s), | No. 3:11-cv-00747-BR<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS TRAILER CITY, INC., AND DON E. WALKER |

NOTICE IS HEREBY GIVEN, without waiving objections or defenses, that KURT M. RYLANDER of RYLANDER & ASSOCIATES PC hereby appear as counsel of record in this action for Defendants TRAILER CITY, INC., and DON E. WALKER,

DATED This July 13, 2011        /s/ Kurt M. Rylander
                                                KURT M. RYLANDER, OSB 94427

                                                RYLANDER & ASSOCIATES PC

1— NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS
   TRAILER CITY, INC., AND DON E. WALKER (3:11-cv-00747-BR)
   7/13/2011 5:19:58 PM WALD.001



         PO Box 250
         Vancouver, WA 98666
         Tel: (360) 750-9931
         Fax: (360) 397-0473
         E-mail: rylander@rylanderlaw.com
         Of Attorneys for Defendants,
          Trailer City, Inc. & Don E. Walker

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date signed below I electronically filed the document to which this certificate is attached with the clerk of the court using the CM/ECF system, which will send email notification of such filing to Attorneys for Plaintiff:

  Kerry J. Shepherd, kerryshepherd@mhgm.com

DATED This <u>July 13, 2011</u>   /s/ Kurt M. Rylander
              Kurt M. Rylander
              Rylander & Associates PC
              Of Attorneys for Defendants,
               Trailer City, Inc. & Don E. Walker

