**Kurt M. Rylander**, OSB No. 94427
rylander@rylanderlaw.com
**RYLANDER & ASSOCIATES PC**
PO Box 250
Vancouver, WA  98666
Tel: 360.750.9931
Fax: 360.397.0473
Attorneys for Defendants
  Trailer City, Inc. and Don E. Walker

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **VINCENT L. WEBB,** a resident of the State of Nevada<br><br>        Plaintiff(s),<br><br>**v.**<br><br>**TRAILER CITY, INC.**, and Oregon corporation, **DON E. WALKER**, a person, and **CHANGZHOU NANXIASHU TOOL CO., LTD.,** a foreign corporation<br>        Defendant(s), | No. 3:11-cv-00747-BR<br><br>STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

  COMES NOW Defendants TRAILER CITY, INC., and DON E. WALKER, by and through their attorney of record, KURT M. RYLANDER, and the Plaintiff, VINCENT L. WEBB, by and through its attorney of record, KERRY J. SHEPHERD, pursuant to Fed. R. Civ. P. 6(b), and stipulate to an extension of time until July 29, 2011, for Defendants TRAILER CITY, INC., and DON E. WALKER to file an answer or otherwise respond to the Complaint in the above-entitled matter.

1— STIPULATION FOR EXTENSION OF TIME TO ANSWER OR
  OTHERWISE RESPOND TO THE COMPLAINT (3:11-cv-00747-BR)
7/14/2011 3:42:00 PM WALD.001



This stipulation is made upon the grounds that the parties to the stipulation are in settlement discussions and believe they have the framework for a settlement, and upon the ground that undersigned counsel has just been formally retained. The parties to the stipulation have agreed that the additional time to respond will promote early settlement negotiations and potentially avoid further litigation efforts as to the instant defendants.

Counsel for Plaintiff has been contacted and has approved this stipulated motion and has authorized the use of his electronic signature below.

DATED This <u>July 14, 2011</u>     /s/ Kurt M. Rylander
KURT M. RYLANDER, OSB 94427
RYLANDER & ASSOCIATES PC
E-mail: rylander@rylanderlaw.com
Of Attorneys for Defendants,
   Trailer City, Inc. & Don E. Walker

DATED This <u>July 14, 2011</u>     /s/ Kerry J. Shepherd
KERRY J. SHEPHERD, OSB 944343
MARKOWITZ HERBOLD GLADE
& HELHAF PC
E-mail: kerryshepherd@mhgm.com
Of Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date signed below I electronically filed the document to which this certificate is attached with the clerk of the court using the CM/ECF system, which will send email notification of such filing to Attorneys for Plaintiff:

Kerry J. Shepherd, kerryshepherd@mhgm.com

DATED This <u>July 14, 2011</u>      /s/ Kurt M. Rylander
Kurt M. Rylander
Of Attorneys for Defendants,
   Trailer City, Inc. & Don E. Walker

2— STIPULATION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT (3:11-cv-00747-BR)
7/14/2011 3:42:00 PM WALD.001

