**Kurt M. Rylander**, OSB No. 94427
rylander@rylanderlaw.com
**RYLANDER & ASSOCIATES PC**
PO Box 250
Vancouver, WA 98666
Tel: 360.750.9931
Fax: 360.397.0473
Attorneys for Defendants
    Trailer City, Inc. and Don E. Walker

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **VINCENT L. WEBB,** a resident of the State of Nevada<br><br>                    Plaintiff(s),<br><br>v.<br><br>**TRAILER CITY, INC.**, and Oregon corporation, **DON E. WALKER**, a person, and **CHANGZHOU NANXIASHU TOOL CO., LTD.,** a foreign corporation<br>                    Defendant(s), | No. 3:11-cv-00747-BR<br><br>SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

COMES NOW Defendants TRAILER CITY, INC., and DON E. WALKER, by and through their attorney of record, KURT M. RYLANDER, and the Plaintiff, VINCENT L. WEBB, by and through its attorney of record, KERRY J. SHEPHERD, pursuant to Fed. R. Civ. P. 6(b), and stipulate to an extension of time until August 31, 2011, for Defendants TRAILER CITY, INC., and DON E. WALKER to file an answer or otherwise respond to the Complaint in the above-entitled matter.

1— SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (3:11-cv-00747-BR)
7/29/2011 4:13:28 PM WALD.001

RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
(360) 750-9931

This is the second stipulation in this case. This stipulation is made upon the grounds that the parties to the stipulation are in settlement discussions and believe they have the framework for a settlement. The principals of the parties are both currently out of country and are not available to meet and finalize the framework. The parties to the stipulation have agreed that the additional time to respond will promote early settlement negotiations and potentially avoid further litigation efforts as to the instant defendants.

Counsel for Plaintiff has been contacted and has approved this stipulated motion and has authorized the use of his electronic signature below.

DATED This July 29, 2011        /s/ Kurt M. Rylander
                                KURT M. RYLANDER, OSB 94427
                                RYLANDER & ASSOCIATES PC
                                E-mail: rylander@rylanderlaw.com
                                Of Attorneys for Defendants,
                                    Trailer City, Inc. & Don E. Walker

DATED This July 29, 2011        /s/ Kerry J. Shepherd
                                KERRY J. SHEPHERD, OSB 944343
                                MARKOWITZ HERBOLD GLADE
                                & HELHAF PC
                                E-mail: kerryshepherd@mhgm.com
                                Of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date signed below I electronically filed the document to which this certificate is attached with the clerk of the court using the CM/ECF system, which will send email notification of such filing to Attorneys for Plaintiff: Kerry J. Shepherd, kerryshepherd@mhgm.com

DATED This July 29, 2011        /s/ Kurt M. Rylander
                                Kurt M. Rylander
                                Of Attorneys for Defendants,
                                    Trailer City, Inc. & Don E. Walker

2— SECOND STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (3:11-cv-00747-BR)
7/29/2011 4:13:28 PM WALD.001

